# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; BOY MEETS GIRL MUSIC; EMI BLACKWOOD MUSIC, INC. WARNER-TAMERLANE PUBLISHING CORP.; GARDEN ANGEL MUSIC; STILL WORKING FOR THE MAN MUSIC, INC.; CONSTANT PRESSURE PUBLISHING; COMBINE MUSIC CORP.; VELVET APPLE MUSIC; SONY/ATV SONGS LLC; SUFFER IN SILENCE MUSIC; SAMS JAMMIN SONGS, | CIVIL ACTION NO.:19-CV-502 |
| Plaintiffs, | |
| v. | |
| BARTAB, LLC d/b/a BOLT BAR & PATIO and JUSTIN MENARD, TROY BREAUX and DARREN PARKER, each individually, | |
| Defendants. | |

## ORDER

THIS MATTER, coming before the court, on the parties Joint Motion to Stay, the Court being advised that a settlement has been reached, but that consummation of the settlement will take 18 months;

IT IS HEREBY ORDERED:

This matter is stayed until January 31, 2021 in order for the settlement to be completed. If no motion has been filed in this matter prior to January 31, 2021, the case shall be dismissed.

Entered this 12th day of August, 2019

_____
Robert R. Summerhays, District Judge

4813-7422-1471, v. 1